

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-93,762-01 & WR-93,762-02

### EX PARTE RANDY DORRELL BRUMFIELD, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W13-62259-T(A) & W13-62165-T(A)
### IN THE 283RD DISTRICT COURT FROM DALLAS COUNTY

***Per curiam.*** YEARY, J. filed a concurring opinion joined by SLAUGHTER, J.

## **O R D E R**

Applicant was convicted of aggravated robbery and sentenced to fifteen years' imprisonment in each of these cause numbers. The Fifth Court of Appeals affirmed his convictions. *Brumfield v. State,* Nos. 05-15-00927-CR & 05-15-00926-CR (Tex. App.—Dallas March 7, 2016)(not designated for publication). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On April 26, 2022, the trial court entered orders designating issues. The application was forwarded before the trial court made findings of fact and conclusions of law. We remand these applications to the trial court to complete its evidentiary investigation and make findings of fact and

conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: May 18, 2022
Do not publish